IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STAR INSURANCE COMPANY,           )
                                  )
          Plaintiff,              )
                                  )
v.                                )    CIVIL ACTION NO.  2:05cv197-F
                                  )              (WO)
A-1 METALS, INC. *et al.*,         )
                                  )
          Defendants.             )

**ORDER**

Now pending before the court is the defendants' motion to compel and motion for sanctions (doc. # 27) filed on August 2, 2005, and the defendants' renewed motion to compel (doc. # 35) filed on August 26, 2005.  Oral argument was held on September 20, 2005.  At that time, the defendants informed the court that they were satisfied with all discovery responses except interrogatories  # 1, 2, 7, 12 and 14.  Accordingly, upon consideration of the motions to compel (docs. # 27 & 35) and for good cause, it is

ORDERED as follows:

a.     The motions to compel responses to Interrogatories # 1, 2, 7 and 14 be and are hereby GRANTED.  The defendants shall respond to the interrogatories based on their own knowledge.

b.     The motions to compel a response to Interrogatory # 12 be and is hereby DENIED as moot.

c.     With respect to the motion for sanctions, the court concludes that pursuant to

FED. R. CIV. P. 37(a)(4), sanctions should be granted and the defendants awarded reasonable fees and expenses against the plaintiff for the filing of the motions to compel.  Based upon the court's review of its own records and knowledge of the proceedings held on the motions, the court concludes that fees and expenses in the amount of $500 should be awarded to defendants which shall be paid no later than thirty days from the date of this order.

       d.     The motions be and are hereby DENIED in all other respects.

       Done this 21st day of September, 2005.

                     _____/s/Charles S. Coody_____

                     CHARLES S. COODY
                     CHIEF UNITED STATES MAGISTRATE JUDGE